IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                    CASE NO. 12-50014

METODIO RODRIGUEZ-MUNOZ                                           DEFENDANT

### ORDER

Now on this 27th day of March, 2012, comes on for consideration the **Report and Recommendation (Doc. 17)** filed herein on March 22, 2012, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. The parties have waived their right to file objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Court accepts the Defendant's guilty plea to the one count Indictment charging him with Illegal Reentry into the United States after Previous Removal, in violation of 8 U.S.C. § 1326(a) and (b)(1) and tentatively approves the written plea agreement, subject to final approval at sentencing.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE